IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

MICHAEL COOPER,                          )
TDCJ No. 1647055,                        )
            Plaintiff,           )
                             )
v.                                       )          Civil No. 7:12-CV-178-O-BL
                             )
SGT. HALE, *et al.*,                     )
            Defendants.          )

## ORDER

     This is a civil rights action filed by an inmate confined in the Connally Unit of the Texas Department of Criminal Justice in Kenedy, Texas.  Plaintiff claims that Defendants failed to protect him from being attacked by his cell mate and that they failed to move him to a bottom bunk to accommodate his sports injury.  Complaint ¶¶ IV.B & V.

     On January 29, 2013, the Court entered a notice of deficiency and order directing Plaintiff to file a certified trust account statement.  Plaintiff failed to comply with the Court's order and a recommendation for dismissal was entered by the United States Magistrate Judge which was contingent upon Plaintiff filing his trust account statement within fourteen days.  On March 20, 2013, Plaintiff filed his trust account statement thereby curing the deficiency as previously ordered.

     For the foregoing reasons, the Report and Recommendation of the United States Magistrate Judge is accepted and this action is referred back the Magistrate Judge for further proceedings.

     SO ORDERED this 25th day of March, 2013.

Reed O'Connor
**UNITED STATES DISTRICT JUDGE**